## T. C. POSTEN v. STATE.
### No. 26087.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

Creighton & Creighton, Mineral Wells, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted under an indictment charging the offense of assault with intent to rape, of the offense of aggravated assault, and the jury assessed his punishment at 60 days in jail.

By affidavit filed in this Court appellant moves that his appeal be dismissed.

The motion is granted, and the appeal is dismissed.

Opinion approved by the Court.